IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-00443-REB-CBS

ESOFT, INC.,
a Delaware corporation,

      Plaintiff,

v.

FORTINET, INC.,
a Delaware corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

In light of the protective order entered by the court on August 22, 2006 (*doc. no. 46),* Defendant's Motion for Entry of Protective Order (*doc. no. 25)* is **DENIED** as moot.

**DATED:**      August 22, 2006