**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00443-REB-CBS

eSOFT, INC., a Delaware Corporation

        Plaintiff,

    v.

FORTINET, INC., a Delaware Corporation

        Defendant.

---

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

---

This matter coming before the Court on the parties' Joint Motion to Amend Scheduling Order (doc. no. 57), and upon review of the Amended Scheduling Order;

The Motion is hereby **GRANTED**.  The Scheduling Order is amended in accordance with the deadlines set forth in the parties' Joint Amended Scheduling Order.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

DATED at Denver, Colorado, this 4th day of .

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge